# EXHIBIT A



## PATIENT ACKNOWLEDGMENT OF
## ESTIMATED FINANCIAL RESPONSIBILITY

### PATIENT INFORMATION

**Name:** Nathaniel Nolan
**DOB:** ▮▮▮1994
**Gender:** Male

**Responsible Party:** Nathaniel Nolan
**Address:** 2615 FURY CT
RENO, NV, 89521

### INSURANCE COVERAGE INFORMATION

**Primary:** Anthem BCBS Nevada
**LabCorp Payer Code:** NVANT
**Subscriber #:** N▮▮▮▮▮▮5001

### PHYSICIAN INFORMATION

**Account:** 27301770
**Practice Name:** MEMOR BEHAVIORAL HEALTH
**Physician Name:** YVETTE KAUNISMAKI

**Your Health Plan Benefit Status:** *Eligible on 09/11/2018*

| Deductible Remaining | Coinsurance | Copay | Out-of-Pocket Remaining |
|---|---|---|---|
| Yes | 10% | - | Yes |

### SERVICE INFORMATION

**Date of Service:** 09/11/2018
**Tests Ordered:** *322000, 005009, 001974, 004259, 081950, 998085*

## SUMMARY OF ESTIMATED CHARGES

*This estimate assumes all services will be covered.*

| Billing Code | Description | Health Plan Allowed Rate | Estimated Amount Paid by Health Plan | Deductible | Coinsurance | Copay |
|---|---|---|---|---|---|---|
| 80050 | GENERAL HEALTH PANEL | $17.82 | - | $17.82 | - | |
| 84439 | T4;FREE | $5.89 | - | $5.89 | - | |
| 36415 | VENIPUNCTURE | $1.27 | - | $1.27 | - | |
| 82306 | VIT D,25-HYDROXY | $18.93 | - | $18.93 | - | |
| | **Totals:** | $43.91 | - | **$43.91** | - | - |

A $43.91
DEDUCTIBLE, COINSURANCE, AND COPAY



Case 1:21-cv-00979-TDS-JLW   Document 1-1   Filed 12/29/21   Page 2 of 3


254-847-1677-0
NOLAN,
NATHANIEL
ATCHMNT



## PATIENT ACKNOWLEDGMENT OF ESTIMATED FINANCIAL RESPONSIBILITY

### PATIENT INFORMATION

ne: Nathaniel Nolan
B: ▓▓▓▓ 1994
.nder: Male

Responsible Party: Nathaniel Nolan
Address: 2615 FURY CT
RENO, NV, 89521

## ACKNOWLEDGMENT OF ESTIMATED FINANCIAL RESPONSIBILITY

You are being provided with this Acknowledgment of Estimated Financial Responsibility. This estimate assumes all services will be covered. Your physician has requested the above service(s) and some services may be considered investigational, require prior authorization, are excluded or otherwise not covered by your health plan. Additionally, your physician may have requested laboratory services that will automatically trigger additional testing procedures based on certain clinical indications or your physician may determine it necessary to order additional testing procedures based on the sample collected today. LabCorp will bill you for any additional testing. Your health plan may not pay for these services and you will be personally responsible for payment for these services. This acknowledgment is based on the health plan information provided at the time of service. In the event that your information changes, your acknowledgment of financial responsibility still applies.

*By signing below, you acknowledge: I want the laboratory test(s) listed above to be performed. My health plan will be billed for the applicable charges. As outlined above, I understand that my health plan may not pay for this test(s) at 100%. The amount I may have to pay may be different than the estimated amount. I agree to be personally and fully responsible for charges from today's services that are not covered by my health plan.*

**YOUR ESTIMATED RESPONSIBILITY**
*Credit Card Authorization Requested Today*

TOTAL
**$43.91**

DEDUCTIBLE, COINSURANCE, AND COPAY

Signature _/t /ol-_   Date _9/11/18_

## CREDIT CARD AUTHORIZATION

*By signing this form, I authorize LabCorp to charge my credit card for an amount not to exceed **$43.91**____. I understand that my health plan will be billed prior to charging my credit card. My credit card will not be charged until my health plan responds to the claim. Should there be any remaining balance due after my card is charged, LabCorp will send an invoice and I will be responsible for paying the remaining charges. In the event that there are any problems with my credit card payment, I agree to pay all collection costs and reasonable attorney's fees incurred in order to collect my balance.*

Signature _/t /ol-_   Date _9/11/18_

Printed Name _Nate Nolan_

*If you have any questions regarding your estimated responsibility, please call 1-888-470-3741 or go to www.labcorp.com/PAC.*