IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATHANIEL J. NOLAN and HELENA )
WITTENBERG, individually and )
on behalf of all others )
similarly situated, )
 )
      Plaintiffs, )
 )
  v. ) 1:21cv979
 )
LABORATORY CORPORATION OF )
AMERICA HOLDINGS, )
 )
      Defendant. )

**JUDGMENT**

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss (Doc. 10) is GRANTED and that all claims are DISMISSED WITH PREJUDICE except for those by Plaintiff Nolan based on alleged violations of Nev. Rev. Stat. §§ 598.0923(1)(d) and 598.0923(1)(e), which are DISMISSED WITHOUT PREJUDICE.

                                        /s/   Thomas D. Schroeder
                                    United States District Judge

February 13, 2023